IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-74-D

ANDREW U.D. STRAW, )
)
Plaintiff, )
)
v. ) ORDER
)
STATE OF NORTH CAROLINA, )
)
Defendant. )

On May 4, 2018, Andrew U.D. Straw ("Straw" or "plaintiff"), appearing pro se, filed a motion for CM/ECF access [D.E. 4]. The motion is unclear. Straw has access to the CM/ECF system to review the court's docket through the public access terminals in the clerk's office and via PACER. Straw also can be a receiving user of CM/ECF. See Local Civ. Rule 5.1(b). The rules of this court, however, prohibit Straw from electronic filing with this court. See id.

Plaintiff's motion for access to CM/ECF to file electronically [D.E. 4] is DENIED. To the extent that plaintiff wants to register to be a receiving user under Local Civil Rule 5.1(b)(2) he may do so.

SO ORDERED. This 6 day of March 2018.

JAMES C. DEVER III
United States District Judge