IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-74-D

| | |
|---|---|
| ANDREW U.D. STRAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STATE OF NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |

On January 15, 2019, Andrew U.D. Straw ("Straw" or "plaintiff"), proceeding pro se, moved for an order declaring statutes of repose and limitations as predominately negatively affecting disabled persons [D.E. 8]. On March 6, 2019, the court denied Straw's motion for access to CM/ECF to file electronically [D.E. 4], but granted his request to register as a receiving user under Local Civil Rule 5.1(b)(2). See [D.E. 9].

On March 15, 2019, Straw moved to request "receiving user" status [D.E. 10]. On April 22, 2019, Straw moved to waive oral argument and request judgment on motions on the papers [D.E. 12]. On May 15, 2019, Straw moved for pacer.gov access [D.E. 13]. On June 4, 2019, Straw moved to file a first verified amended complaint [D.E. 15].

On July 8, 2019, Judge Gates addressed Straw's motion to request order declaring statutes of repose and limitations as predominately negatively affecting disabled persons, permitted the action to proceed, and permitted Straw to proceed in forma pauperis [D.E. 16].

The court DENIES as moot Straw's motion to request an order declaring statutes of repose and limitations as predominately negatively affecting disabled persons [D.E. 8] in light of the first verified amended complaint. The court GRANTS in part and DENIES in part Straw's motion to

request "receiving user" status so all filings in the case are served to Straw electronically [D.E. 10]. The court DENIES as meritless Straw's motion to waive oral argument and request judgment on motions on the papers [D.E. 12] and Straw's motion for pacer.gov access [D.E. 13]. The court GRANTS Straw's motion to allow a first verified amended complaint [D.E. 15]. The court DIRECTS the clerk to send a <u>Pro Se</u> Consent & Registration Form to Receive Documents Electronically to Straw. The document at docket entry 17 is the operative complaint in this action.

SO ORDERED. This 30 day of July 2019.

/s/ Dever<br>
JAMES C. DEVER III<br>
United States District Judge