IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-74-D

ANDREW U.D. STRAW,  )
                        Plaintiff,  )
v.  )     **ORDER**
STATE OF NORTH CAROLINA,  )
                      Defendant.  )

On August 26, 2019, Andrew U.D. Straw ("Straw" or "plaintiff"), appearing pro se, filed a motion to dispense with requirement of original signature filing under Local Rule 5.1(f) and notice of current mailing address for purposes of this case [D.E. 29]. Local Civil Rule 5.1(f) states:

(f) Exceptions to Electronic Filing.

Documents filed by a party who is not represented by an attorney permitted to practice in the Eastern District of North Carolina and registered in CM/ECF, and those documents listed in Section V.A of the Policy Manual, shall be filed in paper, and are excluded from electronic filing. Any document filed in paper that is not exempt pursuant to this section must be accompanied by a motion for leave to file the document and a proposed order. When filed in paper form, the document must contain the original signature of the attorney or each unrepresented party, and must be served upon opposing parties as provided in Fed. R. Civ. P. 5(b).

Local Civil Rule 5.1(f). The rules of this court, however, prohibit Straw from filing documents with this court without an original signature. See id. The motion is DENIED.

SO ORDERED. This 12 day of September 2019.

                                                JAMES C. DEVER III
                                                United States District Judge