UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ANDREW U.D. STRAW,  )
                    )
    Plaintiff       )
                    )
vs.                 )   **JUDGMENT IN A CIVIL CASE**
                    )   **CASE NO. 7:18-CV-74-M**
STATE OF NORTH CAROLINA, )
                    )
                    )
    Defendant.      )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS North Carolina's Motion to Dismiss [DE-55] with prejudice. This Court's order temporarily staying discovery until ten (10) days after an order determining the outcome of North Carolina's motion to dismiss [DE-89] is hereby vacated. Plaintiff's Motion for Leave to File Sur-reply to respond to Defendant's Motion to Dismiss [DE-63] is GRANTED. Plaintiff's Motion to Take Notice of US Supreme Court Filing and Allow Petition for Certiorari Into the Record, Including Statements Explaining It [DE-78] is GRANTED IN PART AND DENIED IN PART.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the remaining Motions, [DE-31] Motion for Summary Judgment; [DE-35] Motion to Defer Decision on Summary Judgment Pending Discovery; [DE-41] Motion to Supplement Statement for Summary Judgment; [DE-42] Motion for Acceptance of Memorandum of Law Into the Record; [DE-43] Motion to Supplement Statement of Summary Judgment; [DE-45] Motion to Take Notice, Enter Statements into Record; [DE-46] Motion for Acceptance of Intervenor Statements Under FRCP Rule 24; [DE-47] Motion for Declaratory Judgment; [DE-49] Motion for Extension of Time; [DE-68] Motion To For Rule 37 Relief; [DE-72] Motion to Take Notice Re: Family Damaged; [DE-73] Motion for Rule 37(a)(4) Relief; and [DE-75] Motion to Take Notice Re:JPML, Rule 5.1 & Rule 19(a)(2), are hereby DENIED.

**This Judgment filed and entered on March 3, 2020, and copies to:**
Andrew U.D. Straw (via CM/ECF electronic notification)
I.Faison Hicks (via CM/ECF electronic notification)
Phillip Anthony Rubin (via CM/ECF electronic notification)

March 3, 2020

Peter A. Moore, Jr.
Clerk of Court

By: _Susan K. Edwards_
Deputy Clerk