FILED: September 8, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1295
(7:18-cv-00074-M)

_____

ANDREW U.D. STRAW

       Plaintiff - Appellant

v.

STATE OF NORTH CAROLINA

       Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered July 23, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*